IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WASHINGTON

AT TACOMA

| | |
|---|---|
| MICHELLE M. THOMPSON,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>SAFEWAY, INC., a California corporation doing business in Washington State and JOHN/JANE DOES 1-10,<br><br>　　　　　Defendants. | No.  3:21-cv-5788<br><br>CORPORATE DISCLOSURE STATEMENT |

　　　Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Safeway Inc. states the following:

　　　1.　　The defendant is a nongovernmental corporation whose parent corporation is Albertsons Companies Inc.  Albertsons Companies Inc. is a publicly held corporation.

　　　Dated:  October 22, 2021.

　　　　　　　　　　　　　　　TURNER KUGLER LAW, PLLC

　　　　　　　　　　　　　　　By:　　s/ John T. Kugler
　　　　　　　　　　　　　　　　　John T. Kugler, WSBA # 19960
　　　　　　　　　　　　　　　　　Attorney for Defendant Safeway Inc.

CORPORATE DISCLOSURE
STATEMENT - 1
R:\6935\PLEADINGS\corporate disclosure.wpd

Turner Kugler Law, PLLC
6523 California Ave SW #454
Seattle, WA 98136
(206) 659-0679

# CERTIFICATE OF SERVICE

I hereby certify that on October 22, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Attorneys for Plaintiff:
Matthew G. Johnson
Ron Meyers
Tim Friedman
Ron Meyers & Associates PLLC
8765 Tallon Ln NE, Ste. A
Lacey, WA 98516-6654
(360) 459-5600
matt.j@rm-law.us

and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

*s/ John T. Kugler*
JOHN T. KUGLER, WSB #19960
Attorney for Defendant Safeway Inc.
TURNER KUGLER LAW, PLLC
6523 California Ave SW #454
Seattle, WA 98136-1833
Telephone: (206) 659-0679
E-mail: john@turnerkuglerlaw.com

CORPORATE DISCLOSURE
STATEMENT - 2
R:\6935\PLEADINGS\corporate disclosure.wpd

Turner Kugler Law, PLLC
6523 California Ave SW #454
Seattle, WA 98136
(206) 659-0679