THE HONORABLE BENJAMIN H. SETTLE

IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WASHINGTON

AT TACOMA

| | |
|---|---|
| MICHELLE M. THOMPSON,<br><br>                Plaintiff,<br><br>      vs.<br><br>SAFEWAY, INC., a California corporation doing business in Washington State and JOHN/JANE DOES 1-10,<br><br>           Defendants. | No. 3:21-cv-05788-BHS<br><br>ORDER OF DISMISSAL WITH PREJUDICE |

The parties' stipulated motion for dismissal with prejudice and without costs to any party is GRANTED.  It is hereby ORDERED that the claims in this matter are dismissed with prejudice and without costs.

Dated this September 30th, 2022.

_____

BENJAMIN H. SETTLE
United States District Judge

ORDER OF DISMISSAL - 1

TURNER KUGLER LAW, PLLC
6523 CALIFORNIA AVE. SW #454
SEATTLE, WA 98136
PHONE:  (206) 659-0679

1

PRESENTED BY:

2

TURNER KUGLER LAW, PLLC

3

By:___*s/ John T. Kugler*_____
John T. Kugler, WSBA # 19960

4

Attorney for Safeway Inc.

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

ORDER OF DISMISSAL - 2

TURNER KUGLER LAW, PLLC
6523 CALIFORNIA AVE. SW #454
SEATTLE, WA 98136
PHONE:  (206) 659-0679